RECEIVED
FEB 0 4 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

2 OF 2

January 30, 2015

I James Bernette Jones am writing this request to be inform of any federal detainers that have been issued against me. I am currently housed at the Wilson County Detention Center. In Wilson County Wilson North Carolina. I would also like to be inform whether there have been any active warrents, indictments, criminal complaints or bonds been filed before the court. I've enclosed my primary living address, date of brith and the last four digits of my Social Security number to be mor accurate. I would like the information forward to the detention center.

"I declare under the penalty of perjury that the information contained in this statement is true and accurate to the best of my knowledge."

| James Bernette Jones | Sincerely, |
| 2114 Shamrock dr. | James B. Jones |
| Wilson, N.C. 27893 | James B. Jones |
| D.O.B. 05-06-1966 | Wilson County Detention |
| SS.# xxx-xx-4662 | 1-30-15 3:04 p.m. |
| Forward Address: | Unit B-604 |
| P.O. Box 2405 | |
| Wilson, N.C. 27894 | |